782        In re The Chubb Corporation, et al., Drought Insurance Litigation

| | | |
|---|---|---|
| 88/08/03 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-4), CERT. OF SERVICE -- plaintiffs John Hull, et al. -- SUGGESTED TRANSFEREE DISTRICT:  SOUTHERN DISTRICT OF OHIO  (cds) |
| 88/08/15 | | APPEARANCES:  MICHAEL J. FREED, ESQ. for Louis J. O'Connell, et al.; DAVID A. SIERLEJA, ESQ. for Douglas C. Kale, et al.; JAMES E. SHEETS, ESQ. for James A. Lutmer, et al.; STANLEY M. CHESLEY, ESQ. for John Hull, et al. and JAMES M. MOORE, ESQ. for Good Weather International Corp. and Good Weather Agriculture, Inc. (cds) |
| 88/08/17 | | HEARING ORDER -- setting motion to transfer for Panel hearing on September 29,1988, Wash., D.C. (ds) |
| 88/08/23 | 2 | INTERESTED PARTY RESPONE -- pltfs. in Lewis Schoening, et al. v. Chubb Corp., et al.,S.D. Iowa, C.A. No. 88-115-D-1 -- w/cert. of service  (cds) |
| 88/08/23 | 3 | RESPONSE (to pldg. #1) -- pltfs. Louis J. O'Connell, et al. -- w/Exhibit A and cert. of service  (cds) |
| 88/08/23 | 4 | NOTICE OF RELATED ACTION -- submitted by plaintiffs in Rodney M. Gillespie v. The Chubb Corp., et al., W.D. Missouri, C.A. No. 88-6122-CV-SJ-6 -- w/cert. of service  (cds) |
| 88/08/24 | | APPEARANCE:  JOHN J. SHEEHY, ESQ. for The Chubb Corp., Chubb & Sons, Inc., Federal Insurance Co.  (cds) |
| 88/08/24 | 5 | MOTION, BRIEF, SCHEDULE (A-1 - A-9), EXHIBITS A - I, w/RESPONSE (to pldg. #1) and cert. of service -- Federal Insurance Co., The Chubb Corp. and Chubb & Son, Inc. (The Chubb Defendants) -- SUGGESTED TRANSFER TO A SINGLE DISTRICT (cds) |
| 88/08/26 | 6 | NOTICE OF VOLUNTARY DISMISSAL -- filed by pltf. A-2 Douglas Kale, et al. w/cert. of svc. (ds) |
| 88/08/26 | | AMENDMENT TO HEARING ORDER dtd. August 17, 1988 -- setting motion of defendant Federal Insurance Co. for transfer of A-5 thru A-9 to a single district for hearing on September 29, 1988, Wash., D.C. -- Notified involved counsel and clerks (ds) |
| 88/09/01 | | APPEARANCE -- WILLIAM P. LUTHER, ESQ. for Steven Biscoe, et al.  (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 782 --

| DATE | Ref. | Pleading Description |
|------|------|----------------------|
| 88/09/02 | | APPEARANCE -- DEAN C. MOHR, ESQ. for Pioneer Hi-Bred International, Inc.; Pio-Gard, Ltd. and Pio-Gard Agency of Ohio  (ds) |
| 88/09/02 | 7 | LETTER AMENDING MOTION (pldg. #5) -- w/Amended Schedule of Actions (deleting A-5 and adding A-10 thru A-14) w/exhibits A-E and cert. of svc. -- Notified involved counsel (ds) |
| 88/09/06 | 8 | LETTER/NOTICE OF (3) RELATED ACTIONS  -- filed by pltfs. John Hull, et al. (ds) |
| 88/09/07 | 9 | LETTER AMENDING MOTION (pldg. #5) -- w/Amended Schedule of Actions (adding A-14) w/Exhibit A and cert. of svc. -- Notified involved counsel (ds) |
| 88/09/08 | 10 | RESPONSE (to pldg. #1) -- Whaley Farms, Inc. and John Whaley w/cert. of svc. and letter attached (ds) |
| 88/09/08 | | APPEARANCE -- DAVID J. CUTSHAW, ESQ. for Whaley Farms, Inc. and John Charles Whaley  (ds) |
| 88/09/09 | | APPEARANCE -- LON R. RACSTER, ESQ. for Robert C. Lyons, et al.  (ds) |
| 88/09/12 | 11 | RESPONSE (to pldg. #9) -- plaintiff James Zensen -- w/Exhibits A and B and cert. of service  (cds) |
| 88/09/12 | 12 | INTERESTED PARTY RESPONSE (to motions) -- plaintiff Dennis Powelson -- w/Exhibits A and B and cert. of service  (cds) |
| 88/09/12 | | APPEARANCES -- JAMES H. HAM, III, ESQ. for R. BRuce Sayler, et al.; SYDNEY L. STEELE, ESQ. for Richard L. Moore, etc. and ROGER B. GOMIEN, ESQ. for Daniel F. Hogan  (ds) |
| 88/09/13 | 13 | RESPONSE (to motions) -- defts. Pioneer Hi-Bred International, Pio-Gard, Ltd., and Pio-Gard Agency of Ohio, Inc. -- w/cert. of service  (cds) |
| 88/09/20 | 14 | WITHDRAWAL OF RESPONSE PLDG. #13 -- Pioneer Hi-Bred International, Pio-Gard, Ltd. and Pio-Gard Agency of Ohio Inc. -- w/cert of svc . (rh) |
| 88/09/26 | 15 | RESPONSE -- American Agrisurance Co. w/cert. of svc.  (ds) |
| 88/09/28 | | APPEARANCE -- R. LAUBENTHAL, ESQ. for American Agrisurance Co. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 782 -- In re The Chubb Corporation, et al., Drought Insurance Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/09/29 | | HEARING APPEARANCES:  STANLEY M. CHESLEY for John Hull, et al.; JAMES M. RINGER, ESQ. for Federal Insurance Co., The Chubb Corp. (The Chubb Defendants); DEAN C. MOHR, ESQ. Pioneer Hi-Bred International, Inc., Pio-Gard Ltd., and Pio-Gard Agency of Ohio (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/09/29 | | WAIVERS OF ORAL ARGUMENT:  Good Weather International, Inc.; Good Weather Agriculture, Inc.; Robert C. Lyons, et al; Whaley Farms, Inc., et al.; Daniel F. Hogan, etc.; American Agrisuance Co. and Flossie Weaver; Maxine Ostler and Bill J. Brock (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/10/13 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Carl B. Rubin for coordianted or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407  (ds) |
| 88/10/13 | | TRANSFER ORDER -- transferring A-1, A-5 thru A-9 to the Southern District of Ohio for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. receipients  (ds) |
| 88/10/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- A-10 thru A-17 listed below -- Notified involved counsel and judges  (ds) |

        *A-10*  Maxine Ostler v. American Agri-Insurance, et al.,
                    S.D. Indiana, C.A. No. IP88-1015-C

        *A-11*  Flossie Weaver v. American Agri-Insurance, et al.,
                    S.D. Indiana, C.A. No. IP88-1016-C

        *A-12*  Bill J. Brock v. American Agri-Insurance, et al.,
                    S.D. Indiana, C.A. No. IP88-1014-C

        *A-13*  R. Bruce Sayler, et al. v. The Chubb Corporation, et al.,
                    N.D. Indiana, C.A. No. L88-0065

        *A-14*  Lewis Schoening, et al. v. Chubb Corporation, etc., et al.,
                    S.D. Iowa, C.A. No. 88-115-D1

        *A-15*  James Zensen v. Chubb Corporation, et al.,
                    E.D. Michigan, C.A. No. 88-CV-73516-DT

        *A-16*  Dennis Powelson v. Chubb Corporation, et al.,
                    W.D. Michigan, C.A. No. L88-225-CA5

        *A-17*  Rodney M. Gillespie, etc. v. The Chubb Corporation, et al.,
                    W.D. Missouri, C.A. No. 88-6122-CV-SJ-6

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 782 -- In re The Chubb Corporation, et al., Drought Insurance Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/11/01 | 16 | NOTICE OF OPPOSITION TO CONDITIONAL TRANFER ORDER -- deft. American Agri-Insurance -- A-10 Maxine Ostler v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1015-C -- Notified involved judges and counsel (cds) |
| 88/11/01 | 17 | NOTICE OF OPPOSITION TO CONDITIONAL TRANFER ORDER -- deft. American Agri-Insurance -- A-11 Flossie Weaver v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1016-C -- Notified involved judges and counsel (cds) |
| 88/11/01 | 18 | NOTICE OF OPPOSITION TO CONDITIONAL TRANFER ORDER -- deft. American Agri-Insurance -- A- 12 Bill J. Brock v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1014-C -- Notified involved judges and counsel (cds) |
| 88/11/03 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- A-13 - A-17 LISTED BELOW -- Notified involved judges and clerks (cds) |
| | | A-13 R. Bruce Sayler, et al. v. The Chubb Corporation, et al., N.D. Indiana, C.A. No. L88-0065 |
| | | A-14 Lewis Schoening, et al. v. Chubb Corporation, etc., et al., S.D. Iowa, C.A. No. 88-115-D1 |
| | | A-15 James Zensen v. Chubb Corporation, et al., E.D. Michigan, C.A. No. 88-CV-73516-DT |
| | | A-16 Dennis Powelson v. Chubb Corporation, et al., W.D. Michigan, C.A. No. L88-225-CA5 |
| | | A-17 Rodney M. Gillespie, etc. v. The Chubb Corporation, et al., W.D. Missouri, C.A. No. 88-6122-CV-SJ-6 |
| 88/11/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Lewis Schoening, et al. v. Federal Insurance Company, et al., S.D. Iowa, C.A. No. 88-158-D-1 -- Notified involved counsel and judges. (ds) |
| 88/11/15 | 19 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- deft. American Agri-Insurance -- A-11 Flossie Weaver v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1016-C -- w/cert. of service (cds) |
| 88/11/15 | 20 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- deft. American Agri-Insurance -- A-10 Maxine Ostler v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1015-C -- w/cert. of service (cds) |
| 88/11/15 | 21 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- deft. American Agri-Insurance -- A- 12 Bill J. Brock v. American Agri-Insurance, et al., S.D. Ind., C.A. No. IP-88-1014-C -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 782 --

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| 88/11/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-19 thru B-26 listed below.  Notified involved counsel and judges. | | |
| | B-19 | Anliker Farms, Inc., et al. v. Federal Insurance Company, et al. | N.D.Ind. Sharp | L88-0074 |
| | B-20 | Roland Rosenboom, et al. v. Federal Insurance Company, et al. | C.D.Ill. Baker | 88-2368 |
| | B-21 | Raymond L. Jacobsen, et al. v. Federal Insurance Company, et al. | C.D.Ill. Baker | 88-2376 |
| | B-22 | Wayne Mohler v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1240-C |
| | B-23 | David Mohler, et al. v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1241-C |
| | B-24 | Bob Mohler v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1242-C |
| | B-25 | Brian Crawford, et al. v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1243-C |
| | B-26 | Fred Rinehart v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1244-C |
| 88/11/23 | 22 | LETTER W/NOTICES OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS IN 5 ACTIONS (B-22 - B-26) LISTED BELOW -- deft. American Agrisurance Company -- w/Exibit A and cert. of service  (cds) | | |
| | B-22 | Wayne Mohler v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1240-C |
| | B-23 | David Mohler, et al. v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1241-C |
| | B-24 | Bob Mohler v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1242-C |
| | B-25 | Brian Crawford, et al. v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1243-C |
| | B-26 | Fred Rinehart v. American Agri-Insurance, et al. | S.D.Ind. McKinney | IP-88-1244-C |

JPML FORM 1A

0·6·

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 782--

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/11/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-18 Lewis Schoening, et al. v. v. Federal Insurance Company, et al., S.D. Iowa, C.A. No. 88-158-D-1 -- Notified involved judges and clerks (rh) |
| 88/11/29 | 23 | LETTER, W/RESPONSE AND JOINDER (re pldgs. 19, 20 and 21) -- pltfs. Flossie Weaver, Maxine Ostler and Bill J. Brock -- w/cert. of service (cds) |
| 88/11/29 | 24 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS IN 5 ACTIONS -- pltfs in B-22 Wayne Mohler; B-23 David Mohler, et al., B-24 Bob Mohler; B-25 Brian Crawford, et al. and B-26 Fred Rinehart -- w/cert. of service (cds) |
| 88/12/01 | 25 | NOTICE OF OPPOSITION TO CTO -- B-19 Anliker Farms, Inc., et al. v. Federal Insurance Co., et al., N.D. Ind., C.A. No. L88-0074 -- filed by pltfs. Anliker Farms, Inc., et al. w/svc. -- Notified involved counsel and judges. (ds) |
| 88/12/01 | 26 | RESPONSE (to oppositions of American Agrisurance Co. and Moving Plaintiffs) -- filed by pltfs. Lead Counsel Committee w/cert. of svc. (ds) |
| 88/12/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-20 Roland Rosenboom, et al. v. Federal Insurance Company, et al., C.D. Ill., C.A. No. 88-2368; B-21 Raymond L. Jacobsen, et al. v. Federal Insurance Company, et al., C.D. Ill., C.A. No. 88-2376 -- Notified involved clerks and judges. (ds) |
| 88/12/02 | 27 | MOTION/BRIEF TO VACATE CTO'S -- B-22, B-23, B-24, B-25 and B-26 -- filed by American Agrisurance Company w/cert. of svc. (ds) |
| 88/12/06 | 28 | RESPONSES AND MEMORANDUM (to pldgs. #19, 20 and 21) -- filed by the Chubb Defendants w/cert. of svc. (ds) |
| 88/12/13 | | HEARING ORDER -- setting opposition of defendant American Agrisurance Company to transfer A-10 thru A-12 and B-22 thru B-26 and opposition of plaintiffs Anliker Farms, Inc., et al to transfer B-19 for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |
| 88/12/16 | 29 | RESPONSE/MEMORANDUM -- (to pldgs. #19, 20, 21 and 27 w/cert. of svc. (ds) |
| 88/12/27 | | ORDER LIFTING STAY AND VACATING JAN. 26, 1989 HEARING -- B-19 Anliker Farms, Inc., et al. v. Federal Insurance Co., et al., N.D. Indiana, C.A. No. L-88-0074 -- Notified involved judges, clerks and counsel (cds) |

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *782* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/01/03 | 30 | WITHDRAWAL OF OPPOSITIONS AND MOTIONS TO VACATE CTO'S -- filed by American Agrisurance Company (re: A-10,11,12 and B-22 thu 26) w/cert. of svc. (ds) |
| 89/01/12 | 31 | LETTER -- Identifying opposing plaintiffs as (A-10) Ostler, (A-11) Weaver, (A-12) Brock, (B-22) Wayne Mohler, (B-23) David Mohler, (B-24) Bob Mohler, (B-25) Crawford, (B-26) Rinehart, -- Pleading No. 23 to be treated as Motion to Vacate conditional transfer orders due to unusual circumstances resulting from American Agrisurance Company withdrawal of oppositions (See Pldg. No. 30) w/svc. (rew) |
| 89/01/25 | | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- ALL PARTIES WAIVED (ds) |
| 89/02/01 | | TRANSFER ORDER -- transferring A-10 thru A-12 and B-22 thru B-26 listed below -- Notified involved clerks, judges and counsel (ds) |
| | A-12 | Bill J. Brock v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1014-C |
| | A-10 | Maxine Ostler v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1015-C |
| | A-11 | Flossie Weaver v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1016-C |
| | B-22 | Wayne Mohler v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1240-C |
| | B-23 | David Mohler v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1241-C |
| | B-24 | Bob Mohler v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1242-C |
| | B-25 | Brian Crawford, et al. v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1243-C |
| | B-26 | Fred Rinehart v. American Agrisurance Company, et al., S.D. Indiana, C.A. No. IP-88-1244-C |

JPML Form 1

Revised: 8/78

### DOCKET NO. 782 — JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE CHUBB CORPORATION, ET AL., DROUGHT INSURANCE LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates Sept. 29, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 13, 1988 | TO | Unpublished | S.D. Ohio #648 | Carl B. Rubin | |

### Special Transferee Information

DATE CLOSED: 8/14/89

10/3/88
8/14/89

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Transferee  Dist. - S.D. Ohio
Transferee  Judge - Hon. Carl B. Rubin

DOCKET NO. _782_ -- _In re The Chubb Corporation, et al., Drought Insurance Litigation_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lewis J. O'Connell, et al. v. The Chubb Corporation, et al. | Ill.,N. Rovner | 88-C-6088 | 10/13/88 | C-1-88-1029 | 8/14/89 | |
| A-2 | Douglas C. Kale, et al. v. Chubb Corporation, et al. | Ohio,N. McQuade | C-88-7481 | | | 8/14/89 D | Prior to transfer |
| A-3 | James A. Lutmer, et al. v. The Chubb Group of Insurance Companies, et al. | Ohio,S. Rubin | C1-88-0644 | | | 8/14/89 D | |
| A-4 | John Hull, et al. v. Chubb Corporation, et al. | Ohio,S. Rubin | C2-88-780 | | | 8/14/89 D | |
| A-5 | Daniel F. Hogan, etc. v. Federal Insurance Company, et al. | Ill.,C. Baker | 88-2312 | 10/13/88 | C-1-88-1031 | 8/14/89 D | |
| A-6 | Robert C. Lyons, et al. v. Pio-Gard Agency of Ohio, Inc., et al. | Ind.,N. Lee | F88-235 | 10/13/88 | C-1-88-1032 | 8/14/89 D | |
| A-7 | Whaley Farms, Inc., et al. v. Federal Insurance Company, et al. | Ind.,S. McKinney | IP 88-908C | 10/13/88 | C-1-88-1034 | 8/14/89 D | |
| A-8 | Richard L. Moore, etc. v. Chubb Insurance Group, et al. | Ind.,S. McKinney | IP 88-952C | 10/13/88 | C-1-88-1033 | 8/14/89 D | |
| A-9 | Steven Biscoe, d/b/a Biscoe Farms, et al. v. Federal Insurance Company, etc. | Minn. McLaughlin | CV4-88-688 | 10/13/88 | C-1-88-1035 | 8/14/89 D | |

DOCKET NO. 782 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Maxine Ostler v. American Agri-Insurance, et al. 10/18/88   opposed 11/1/88 | S.D.Ind. McKinney | IP-88-1015-C | 2/1/89 | 89-083 | 8/14/89 D | Motion Amended 9/2/88 |
| A-11 | Flossie Weaver v. American Agri-Insurance, et al. 10/18/88   opposed 11/1/88 | S.D.Ind. McKinney | IP-88-1016-C | 2/1/89 | 89-084 | 8/14/89 D | A-10,11,12, 13 & 14 |
| A-12 | Bill J. Brock v. American Agri-Insurance, et al. 10/18/88   opposed 11/1/88 | S.D.Ind. McKinney | IP-88-1014-C | 2/1/89 | 89-082 | 8/14/89 D | |
| A-13 | R. Bruce Sayler, et al. v. The Chubb Corp., et al. 10/18/88 | N.D.Ind. Sharp | L-88-0065 | 11/3/88 | 88-955 | 8/14/89 D | |
| A-14 | Lewis Schoening, et al. v. Chubb Corp., et al. 10/18/88 | S.D.Iowa Wolle | 88-115-D-1 | 11/3/88 | 88-956 | 8/14/89 D | |
| A-15 | James Zensen v. Chubb Corp., et al. 10/18/88 | E.D.Mich. Freeman | 88CV73516DT | 11/3/88 | 88-957 | 8/14/89 D | Motion Amended 9/7/88 |
| A-16 | Dennis Powelson v. Chubb Corp., et al. 10/18/88 | W.D.Mich. Bell | L88-225-CA5 | 11/3/88 | 88-958 | 8/14/89 D | |
| A-17 | Rodney M. Gillespie, etc. v. The Chubb Corp., et al. 10/18/88 | W.D.Mo. Sachs | 88-6122-CV-SJ-6 | 11/3/88 | 88-959 | 8/14/89 D | |
| B-18 | Lewis Schoening, et al. v. Federal Insurance Company, et al. 11/10/88 | S.D.Iowa Wolle | 88-158-D-1 | 11-28-88 | C-1-88-1017 | 8/14/89 D | |
| B-19 | Anliker Farms, Inc., et al. v. Federal Insurance Company, et al. 11/16/88   opposed 12/1/88 | N.D.Ind. Sharp | L88-0074 | 12/27/88 | C-88-1076 | 8/14/89 D | |
| B-20 | Roland Rosenboom, et al. v. Federal Insurance Company, et al. 11/16/88 | C.D.Ill. Baker | 88-2368 | 12/2/88 | C-1-88-1019 | 8/14/89 D | |
| B-21 | Raymond L. Jacobsen, et al. v. Federal Insurance Company, et al. 11/16/88 | C.D.Ill. Baker | 88-2376 | 12/2/88 | C-1-88-1018 | 8/14/89 D | |

DOCKET NO. _782_ _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ B-22 | Wayne Mohler v. American Agri-Insurance, et al. 11/16/88 opposed 11/23/88 | S.D.Ind. McKinney | IP-88-1240-C | 2/1/89 | 89-085 | 8/14/89 D | |
| ∪ B-23 | David Mohler, et al. v. American Agri-Insurance, et al. 11/16/88 opposed 11/23/88 | S.D.Ind. McKinney | IP-88-1241-C | 2/1/89 | 89-086 | 8/14/89 D | |
| B-24 | Bob Mohler v. American Agri-Insurance, et al. 11/16/88 opposed 11/23/88 | S.D.Ind. McKinney | IP-88-1242-C | 2/1/89 | 89-087 | 8/14/89 D | |
| B-25 | Brian Crawford, et al. v. American Agri-Insurance, et al. 11/16/88 opposed 11/23/88 | S.D.Ind. McKinney | IP-88-1243-C | 2/1/89 | 89-088 | 8/14/89 D | |
| / B-26 | Fred Rinehart v. American Agri-Insurance, et al. 11/16/88 opposed 11/23/88 | S.D.Ind. McKinney | IP-88-1244-C | 2/1/89 | 89-089 | 8/14/89 D | |

July 1989 - 23 TR / 2 X V 2 /25 Pending

July 1990 - 25 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  782  --  In re The Chubb Corporation, et al., Drought Insurance
Litigation

---

GOOD WEATHER INTERNATIONAL CORP.
GOOD WEATHER AGRICULTURE, INC.
James M. Moore, Esq.
Lindhorst & Dreidame
1700 Central Trust Center
201 East Fifth Street
Cincinnati, OH 45202-4116

CHUBB & SON, INC.
FEDERAL INSURANCE COMPANY
THE CHUBB CORPORATION
  (The Chubb Defendants)
John J. Sheehy, Esq.
Rogers & Wells
200 Park Avenue
New York, NY 10166

PIONEER HI-BRED
PIO-GARD, LTD.
PIO-GARD AGENCY OF OHIO, INC.
Dean C. Mohr, Esq.
Shearer, Hintz & Templer, P.C.
3737 Woodland Avenue
West Des Moines, Iowa 50265

 AMERICAN AGRI-INSURANCE
(Deft. in A-10, A-11 and A-12)
R. Laubenthal, Esquire
Smith, Peterson, Beckman & Wilson
35 Main Place, Suite 300
Post Office Box 249
Council Bluffs, Iowa 51502

LOUIS J. O'CONNELL, ET AL. (A-1)
Michael J. Freed, Esq.
Much, Shelist, Freed, Denenberg,
  Ament & Eiger, P.C.
200 N. LaSalle Street
Suite 2100
Chicago, IL 60601-1095

JAMES A. LUTMER, ET AL. (A-3)
James E. Sheets, Esq.
304 E. Warren Street
Lebanon, OH 45036

JOHN HULL, ET AL. (A-4)
Stanley M. Chesley, Esq.
Waite, Schneider, Bayless & Chesley
1513 Central Trust Tower
Cincinnati, OH 45202

DANIEL F. HOGAN, ETC. (A-5)
Roger B. Gomien, esquire
Gomien, Root & Rigazio
First Midwest Bank Bldg., Suite 300
220 West Main St., P.O. Box 667
Morris, Illinois 60450

ROBERT C. LYONS, ET AL. (A-6)

Lon R. Racster, Esq.
Hinkle & Racster
121 High Street
P.O. Box 806
Portland, IN 47371

WHALEY FARMS, INC., ET AL. (A-7)

David J. Cutshaw, Esq.
Cohen & Malad
136 N. Delaware Street
P.O. Box 627
Indianapolis, IN 46206-0627

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___782___ -- In re The Chubb Corporation, et al., Drought Insurance Litigation

---

RICHARD L. MOORE, ETC. (A-8)
Sydney L. Steele, Esquire
Lowe, Gray, Steele & Hoffman
One Indiana Square, Suite 3130
Indianapolis, Indiana  46204


STEVEN BISCOE, ET AL. (A-9)
William P. Luther, Esq.
Luther, Ballenthin & Carruthers
4624 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

MAXINE OSTLER (A-10)
FLOSSIE WEAVER (A-11)
BILL J. BROCK (A-12)
C. David Little, Esq.
Power & Little
253 North Jackson Street
Frankfort, IN  46041

R. BRUCE SAYLER, ET AL. (A-13)
James H. Ham, III, Esquire
Baker & Daniels & Shoaff
2400 Fort Wayne National Bank Building
Fort Wayne, Indiana  46802


LEWIS SCHOENING (A-14)
Robert A. Van Vooren, Esq.
Terry H. Giebelstein, Esq.
Lane & Waterman
600 Davenport Bank Bldg.
Davenport, IA  52801

---

JAMES ZENSEN (A-15)
DENNIS POWELSON (A-16)
Eric S. Wilson, Esquire
Wilson & Wilson
23509 John R.
Hazel Park, Michigan  48030

(Stanley M. Chesley)
(same as A-4)

RODNEY M. GILLESPIE (A-17)
Don R. Lolli, Esqurie
Beckett & Steinkamp
600 Commerce Trust Bldg.
922 Walnut
Kansas City, Missouri  64199

Jerold L. Drake, Esquire
Stephens & Drake
9 West 3rd Street
Grant City, Missouri  64456


LEWIS SCHOENING, ET AL. (B-18)
Robert A. Van Vooren, Esq.
(Same As A-14)


ANLIKER FARMS, INC., ET AL. (B-19)
John R. Nesbitt, Esq.
116 North Front Street
Rensselaer, Indiana  47978


CHUBB GROUP OF INSURANCE COMPANIES (Deft. in B-19, B-20, B-21)
CHUBB INSURANCE COMPANY (Deft. in B-22, B-23, B-24, B-25, B-26)
John T. Lorenz, Esq.
Michael E. Brown, Esq.
Kightlinger & Gray
151 North Delaware Street
660 Market Square Center
Indianapolis, Indiana  46204

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3_____

DOCKET NO. __782____ -- _____

ROLAND ROSENBOOM, ET AL. (B-20)
J. Dennis Marek, Esq.
Ackman, Marek, Boyd & Simutis
One Dearborn Square
Suite 400
Kankakee, Illinois  60901


RAYMOND L. JACOBSEN, ET AL. (B-21)
Patricia L. Engeles, Esq.
112 Washington, Street
Lowell, Indiana  46356


WAYNE MOHLER (B-22)
DAVID MOHLER, ET AL. (B-23)
BOB MOHLER (B-24)
BRIAN CRAWFORD, ET AL. (B-25)
FRED RINEHART (B-26)
C. David Little, Esq.
(Same As A-10)

JPML FORM 3

P. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _782_ -- In re The Chubb Corporation, et al., Drought Insurance Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Chubb Corporation | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, B-19, B-20 |
| Good Weather International Corporation | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, B-18 |
| Federal Insurance Co. | A-1 |
| Federal Insurance Co. (sub. of Chubb) | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, B-23, B-24, B-21, B-22, B-25, B-26, B-27, B-28 |
| The Chubb Group of Insurance Companies | A-3 |
| | B-5, B-9 |
| | B-5 |
| | |
| American Agri-Insurance | A-10, A-11, A-12, B-22, B-23, B-24, B-25, B-26 |
| Good Weather Agriculture, Inc | A-14, A-16, B-22, B-23, B-24, B-25, B-26 |
| Chubb Group of Insurance Companies | B-20, B-21, B-18 |

p. _____

| | |
|---|---|
| Chubb Insurance Company | B-22, B-23, B24, B-25, B-26 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |